**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-99-0465 FMS |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO EXPUNGE RECORD** |
| v. | |
| JAMIE MICHAEL WARD, | |
| Defendant. | |
| _____/ | |

Before the Court is defendant Jamie Michael Ward's ("Ward") motion, filed June 9, 2009, by which Ward "request[s] a motion to expunge [his] record." (See Mot. at 1.) Although a district court has "ancillary jurisdiction" to expunge criminal records, such jurisdiction "is limited to expunging the record of an unlawful arrest or conviction, or to correcting a clerical error." See United States v. Sumner, 226 F.3d 1005, 1014 (9th Cir. 2000). Here, Ward does not assert that his arrest or conviction was unlawful, or that a clerical error exists.

Accordingly, Ward's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: July 10, 2009

MAXINE M. CHESNEY
United States District Judge